Harold SMITH, Plaintiff—Appellant,

v.

Steve HARRISON, Associate Warden; Frank Spoon, Factory Manager; Jerry Dempsey, Foreman; Monroe, Foreman; Ricky Gault, Foreman; Elmore Butch Harris, Assistant Safety Manager; John Doe, Property Owner; United States of America, Defendants—Appellees.

No. 06–6040.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 21, 2006.
Decided: Nov. 29, 2006.

Harold Smith, Appellant Pro Se. Barbara Murcier Bowens, Office of the United States Attorney, Columbia, South Carolina, for Appellees.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Harold Smith appeals the district court's order accepting the recommendations of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Smith v. Harrison,* No. CA–04–1188–6 (D.S.C. Dec. 7, 2005). Smith's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*